UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CARLOS LOPEZ, on his own behalf and
others similarly situated,**

    **Plaintiff,**

v.                                                                          Case No.  8:05-cv-1269-T-30MAP

**K SHUTTER, INC., et al.,**

    **Defendants.**
_____/

## ORDER OF DISMISSAL

The Court has reviewed the Settlement Agreement and General Release which was submitted for the Court's **in camera** review, and hereby APPROVES same. This case is settled. Accordingly, pursuant to Local Rule 3.08(b) of the M.D.Fla., it is

**ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED** without prejudice subject to the right of any party to re-open the action within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice. All pending motions, if any, are **DENIED** as moot. The Clerk is directed to close the file.

**DONE** and **ORDERED** in Tampa, Florida on October 26, 2005.

*/s/ James S. Moody, Jr.*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Odd\2005\05-cv-1269.dismissal.wpd